UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BRAULIO THORNE, *on behalf of himself and all others* :
*similarly situated*,                                              :
                                                                   :
                                    Plaintiff,                     :          26-CV-3189 (JMF)
                                                                   :
                    -v-                                            :                ORDER
                                                                   :
TURNING POINT DISTRIBUTION, LLC,                                   :
                                                                   :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

        SO ORDERED.

Dated: April 21, 2026
        New York, New York                        _____
                                                        JESSE M. FURMAN
                                                        United States District Judge