**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Braulio Thorne, on behalf of himself and all others similarly situated,**

**Plaintiff,**

**-against-**

**Turning Point Distribution, LLC,**

**Defendant.**

**1:26-cv-03189 (JMF) (SDA)**

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on September 15, 2026, at 3:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference and forward a copy of this Order. If Defendant has not appeared as of the date of the conference,[1] Plaintiff still is required to appear.

**SO ORDERED.**

Dated: New York, New York
August 25, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge

[1] The Court notes for the record that a representative of Defendant previously contacted Chambers about this case.