GOTTLIEB & ASSOCIATES PLLC
ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

September 1, 2026

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The telephone conference scheduled for September 15, 2026 is canceled. The deadline for Defendant to respond to the Complaint is extended *nunc pro tunc* until September 30, 2026. SO ORDERED.
Dated: September 1, 2026

Re: *Thorne v. Turning Point Distribution, LLC*
Case No.: 1:26-cv-3189

Dear Judge Aaron:

We represent Plaintiff in the above-referenced action. We respectfully write to request an adjournment of the telephone conference currently scheduled for September 15, 2026 at 3:00 p.m.

Defendant recently retained counsel in connection with this action. In light of the recent retention, Plaintiff respectfully submits that a brief adjournment would allow defense counsel sufficient time to familiarize itself with the matter and permit the parties to more meaningfully address the status of the case.

Plaintiff also respectfully requests that Defendant's time to answer or otherwise respond to the Complaint be extended through September 30, 2026.

These requests are made in good faith and not for purposes of delay. We thank the Court for its consideration.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.